MARK D. LITVACK (State Bar No. 183652)
KARIN G. PAGNANELLI (State Bar No. 174763)
ERIC J. GERMAN (State Bar No. 224557)
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100
E-mail: kgp@msk.com

Attorneys for Defendants
ROCKSTAR GAMES, INC. and TAKE-TWO
INTERACTIVE SOFTWARE, INC.




# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| E.S.S. ENTERTAINMENT 2000, INC. dba THE PLAYPEN,<br><br>Plaintiff,<br><br>v.<br><br>ROCK STAR VIDEOS, INC.; TAKE-TWO INTERACTIVE SOFTWARE, INC.; SONY COMPUTER ENTERTAINMENT OF AMERICA, INC.; SONY COMPUTER ENTERTAINMENT, INC.,<br><br>Defendants. | CASE NO. CV05-2966 MMM (JTLx)<br><br>The Honorable Margaret M. Morrow<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE FACT DISCOVERY CUT-OFF AND THE EXPERT DISCLOSURE DEADLINES**<br><br>Crtrm: 780<br><br>NOTE CHANGES MADE BY THE COURT |



Mitchell Silberberg & Knupp LLP

0889597.1

This Stipulation is entered into between and among Plaintiff E.S.S. Entertainment 2000, Inc. dba The Playpen and Defendants Rockstar Gamers (erroneously sued as Rock Star Videos, Inc.) and Take-Two Interactive Software, Inc. (collectively, the "Parties"), through their respective counsel of record, and is based on the following:

1. Under the existing schedule, all Parties must disclose experts on February 3, 2006. Rebuttal experts are to be disclosed on March 3, 2006. The fact discovery cut-off date currently is February 24, 2006.

2. The Parties are attempting to resolve certain disputes regarding Plaintiff's responses to Defendants' written discovery requests. Defendants believe that this discovery is necessary to assist their expert witnesses in formulating their opinions and in writing their expert reports. The Parties hope and anticipate that these discovery disputes can be remedied without the need for Court intervention, but also anticipate that Plaintiff may need some additional time to supplement their responses and to produce documents.

3. Accordingly, the Parties agree that the expert disclosure deadlines and the fact discovery cut-off date should be extended by one month. Such extension will not affect any other dates set by the Court. This is the first request for a continuance requested by the Parties.

The Parties stipulate and agree that:

The expert disclosure deadline may be continued until March 3, 2006; the rebuttal expert disclosure deadline may be continued until April 3, 2006, and the fact discovery cut-off may be continued until March 24, 2006.

DATED: January 11th, 2006

MARK D. LITVACK
KARIN G. PAGNANELLI
ERIC J. GERMAN
MITCHELL SILBERBERG & KNUPP LLP

By: /s/ Karin Pagnanelli
Karin G. Pagnanelli
Attorneys for Defendants
ROCKSTAR GAMES, INC. and TAKE-TWO INTERACTIVE SOFTWARE, INC.

DATED: January ___, 2006

ERNEST J. FRANCESCHI, JR.
A LAW CORPORATION

By: _____
Ernest J. Franceschi, Jr.
Attorneys for Plaintiff E.S.S.
ENTERTAINMENT 2000, INC. dba
THE PLAYPEN

### [PROPOSED] ORDER

The expert disclosure deadline is continued to March 3, 2006; the rebuttal expert disclosure deadline is continued to April 3, 2006, and the fact discovery cut-off is continued to March 24, 2006. *Further telephone status conference is continued to March 10, 2006, 5pm. See scheduling conference minute order for instructions.*

DATED: Jan. 26, 2006

/s/ Margaret M. Morrow
Margaret M. Morrow
United States District Judge

2

Case 2:05-cv-02966-MMM-JTL   Document 37   Filed 01/26/06   Page 4 of 5   Page ID #:48

Received 01/11/2006 57AM in 01:18 from +3126419530 on line [5] FAX7 * Pg 5/5
Jan-11-06   11:56   From-SDMA.Chicago   +3126419530   T-070   P 005/005   F-606

DATED: January ___, 2006

MARK D. LITVACK
KARIN G. PAGNANELLI
ERIC J. GERMAN
MITCHELL SILBERBERG & KNUPP LLP

By: _____
Karin G. Pagnanelli
Attorneys for Defendants
ROCKSTAR GAMES, INC. and TAKE-TWO INTERACTIVE SOFTWARE, INC.

DATED: January 11, 2006

ERNEST J. FRANCESCHI, JR.
A LAW CORPORATION

By: _____
Ernest J. Franceschi, Jr.
Attorneys for Plaintiff E.S.S.
ENTERTAINMENT 2000, INC. dba
THE PLAYPEN

### [PROPOSED] ORDER

The expert disclosure deadline is continued to March 3, 2006; the rebuttal expert disclosure deadline is continued to April 3, 2006, and the fact discovery cut-off is continued to March 24, 2006.

DATED: _____

Margaret M. Morrow
United States District Judge

Mitchell
Silberberg &
Knupp LLP

0889597 1

2

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | STATE OF CALIFORNIA, COUNTY OF LOS ANGELES |

3  I am employed in the county of Los Angeles, State of California. I am over the age of 18, and not a party to the within action; my business address is Mitchell Silberberg & Knupp LLP, 11377 West Olympic Boulevard, Los Angeles, California 90064-1683.

On January 11, 2006, I served the foregoing document described as **STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE FACT DISCOVERY CUT-OFF AND THE EXPERT DISCLOSURE DEADLINES** on the parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows, and taking the action described below:

Ernest J. Franceschi, Jr.  
445 S. Figueroa Street, 26th Floor  
Los Angeles, CA 90071

Robert F. Helfing  
David A. Schnider  
Roy A. Kim  
Sedgwick, Detert, Moran & Arnold LLP  
801 S. Figueroa Street, 18th Floor  
Los Angeles, CA 90017-5556

☐ **BY FAX:** Instead of placing a copy of the document in a sealed envelope,] I sent a copy of the above-described document(s) via telecopier to each of the individuals set forth above, at the following facsimile telephone numbers:

☐ **BY OVERNIGHT MAIL:** I deposited the above-described document(s) with ___ in the ordinary course of business, by depositing the document(s) in a box regularly maintained by ___ or delivering the document(s) to an authorized driver for the carrier, in an envelope designated by the carrier with delivery fees provided for, addressed as shown above.

☐ **BY PERSONAL DELIVERY:** I caused personal delivery by First Legal Support Services of the document(s) listed above to the person(s) at the address(es) set forth above.

☒ **BY PLACING FOR COLLECTION AND MAILING:** I sealed and placed the envelope(s) for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at 11377 West Olympic Boulevard, Los Angeles, California 90064-1683 in the ordinary course of business.

Executed on January 11, 2006, at Los Angeles, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____  
Sunni Donmoyer